

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1579-13

**COREY THOMAS FREEMAN, Appellant**

v.

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FIFTH COURT OF APPEALS
## COLLIN COUNTY

*Per curiam.*

## OPINION

Appellant was convicted of online solicitation of a minor under section 33.021(b) of

the Penal Code. The Court of Appeals affirmed the conviction. *Freeman v. State*, No. 05-12-

00923-CR (Tex. App. -- Dallas 2013). Appellant has filed a petition for discretionary review

contending the Court of Appeals erred in upholding the constitutionality of the statute.

This Court granted discretionary review recently in *Ex parte Lo* in order to address

whether section 33.021(b) is unconstitutional. We held it to be unconstitutional on its face due to overbreadth, reversed the decision of the court of appeals, and remanded to the trial court to dismiss the indictment. *Ex parte Lo*, ___ S.W.3d ___ (Tex. Crim. App. No. PD-1560-12, delivered October 30, 2013). The State's motion for rehearing was denied on March 19, 2014. The Court of Appeals in the instant case did not have the benefit of our opinion in *Ex parte Lo*. Accordingly, we grant Appellant's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals for further action in light of our opinion in *Ex parte Lo*.


Delivered April 2, 2014
Publish



P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS





UNITED STATES POSTAGE

PITNEY BOWES

02 1P          $ 00.40⁶
0006557458    APR 03 2014
MAILED FROM ZIP CODE 78701

PD-1579-13

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE  2ND FLOOR
DALLAS TX  75202

40  CQT-S3B  75202